## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ABDUL AL-HAKEEM AFIZ<br>a/k/a MIRON TAYLOR, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 4:09CV01419 MLM |
| DAVE DORMIRE, | )<br>)<br>) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability. 28 U.S.C. § 2253.

So Ordered this 2nd Day of November, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE